# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with Facebook user names<br>"Gunna Otep" and/or "MichaelYg.Rollins" that is stored at<br>premises controlled by Facebook | ) ) ) ) ) ) Case No. 16 mJ 112 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Information associated with the captioned user name(s) stored at premises owned, maintained, controlled or operated by Facebook, Inc., as further described in Attachment A

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized):*
Fruits, evidence and instrumentalities of violations of 18 U.S.C. Section 922(g)(1), as further described in Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:
Please see attached Affidavit of Task Force Officer Bradley Upchurch

☑ Continued on the attached sheet.
☑ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Bradley Upchurch, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____06/08/2016____

_____
*Judge's signature*

City and state: ____Greensboro, North Carolina____    United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER NAME(S) "Gunna Otep" and/or "Michaelyg.rollins" THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. _____<br><br>~~Filed Under Seal~~ *LPA* |

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT

I, Bradley Upchurch, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with certain Facebook user names that are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the email address.

2. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and am currently assigned to the Fayetteville, North Carolina Field Office within the Charlotte Division. I am also a detective with the Sanford Police Department. In my capacity as an ATF Special Agent, I have been involved with the investigation of various forms of federal crimes, including violations of the federal firearms laws and various other crimes. I am currently involved in an ongoing investigation into the crime of felon in possession of a

firearm in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1). The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based upon my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 922(g)(1) has been committed by Michael Anthony Rollins. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## PROBABLE CAUSE

4. On or about August 15, 2015 at approximately 11 p.m., Officer Matthews and Officer Clemmer of the Sanford Police Department were on routine patrol in an unmarked car on Dudley Avenue in Sanford, North Carolina, when Officer Clemmer saw a white Dodge Avenger that he knew to belong to Michael Anthony Rollins. Officer Clemmer recognized the color, make, and model of the car, as well as a dent in the rear bumper, and knew the car to belong to Rollins from a prior encounter they had had approximately two weeks prior involving this same car. Almost immediately after Officer Clemmer recognized the white Dodge, Officer Clemmer and Officer Matthews saw Rollins walking down Dudley Avenue from a house at 405 Dudley Avenue towards that same car, which was parked down the street, past the residence at 403 Dudley Avenue. Officer Clemmer, who was driving, slowed the car to watch Rollins because he knew Rollins to be friends with an individual who had outstanding warrants for his arrest and Officer Clemmer believed that the friend may have been with Rollins at the time. As he slowed his car, Officer Clemmer made eye contact with Rollins. As the car passed Rollins, Officer

2

Clemmer saw Rollins looking over his shoulder to see if the unmarked car was leaving the area. Rollins continued to walk down the street and opened the passenger's side door of the Dodge car. Rollins appeared to be retrieving something from that car. The area was well-lit by street lamps on both sides of Dudley Avenue.

5. Officer Clemmer pulled into a parking lot directly across the street and turned his car so that the headlights directly shone on the street at 403 Dudley Avenue. Rollins then began walking rapidly back towards the house at 405 Dudley Street. When Rollins reached a green Nissan Altima parked in front of 403 Dudley Street, he abruptly stopped and kneeled as if to place something underneath the right rear tire of the car. Rollins then stood up slightly, took two more steps so that he completely cleared the back of the Altima, and squatted down as if tying his shoe. While crouched over, Rollins looked at Officer Clemmer and Officer Matthews and waited. When the officers did not move, Rollins stood up and walked back to the yard at 405 Dudley Street.

6. Officer Clemmer commented to Officer Matthews that it looked as though Rollins had placed an object underneath the rear tire of the Altima. Officer Matthews agreed and Officer Clemmer pulled out of the parking lot and drove directly into Dudley Avenue and parked the car perpendicular behind the Altima. Meanwhile, Rollins walked to the front porch of the house at 405 Dudley Street and officers lost sight of him. As the officers walked around the rear of the Altima, they both saw a black handgun placed on the ground in front of the passenger's side rear tire. The handgun looked as though it had just been placed there, as there was no dirt, debris, or observable tire marks on it.

7. Because both officers knew that Rollins was a convicted felon, Officer Matthews went to the house at 405 Dudley Street to arrest him for being a felon in possession of a firearm,

3

in violation of North Carolina state law. Rollins was no longer at the house and Officer Matthews could not find him in the immediate area. Rollins was later arrested by the Sanford Police Department on August 18, 2015 and charged with being a felon in possession of a firearm in violation of state law.

8. Shortly thereafter, a resident at 403 Dudley Avenue, M. Patterson, came out of his home to ask officers why they were shining a flashlight underneath the Altima, which was Patterson's wife's car. Officer Clemmer advised Patterson that a person had put a gun underneath the car and asked if Patterson knew anything about it. Patterson said that he had not seen anything and that the gun did not belong to him or his wife. A later criminal history search revealed that neither M. Patterson nor his wife were convicted felons.

9. Officers photographed the handgun where it lay and Officer Matthews recovered it, finding fourteen rounds of ammunition in the magazine and one in the chamber. The handgun was identified as a Glock 31 .357 bearing serial number UYZ790 and was seized as evidence. A trace of the subject firearm revealed that it was purchased by B. Quick from the Kendale Pawn Shop in Sanford on or about March 2, 2015. The firearm had not been reported as stolen. B. Quick later confirmed to law enforcement that she personally knew Rollins and could not identify when the firearm went missing.

10. On November 9, 2015, ATF Special Agent Joshua Johnson, an interstate nexus expert, confirmed that the above-referenced firearm was manufactured outside of North Carolina and passed in, and thereby affected, interstate commerce prior to August 15, 2015. I later test fired that same firearm and found that it functioned as designed.

11. A review of Rollins's criminal history showed that he was convicted on October 7, 2009 in Lee County Superior Court in Sanford, North Carolina of a crime punishable by a

4

term of imprisonment in excess of one year, that is, two consolidated judgments for Discharge Weapon Into Occupied Property.

12. Officers with the Sanford Police Department later reviewed the Facebook profile of the user "Gunna Otep," located at https://www.facebook.com/michaelyg.rollins. The profile picture of this user featured a person that officers recognized as Michael Anthony Rollins, both from their personal encounters with him, as well as the booking photographs taken during his numerous arrests by the Sanford Police Department. The profile homepage further stated that the user "Gunna Otep" "lives in Sanford, NC" and "Studied at CCCC." Officers knew Rollins to live in Sanford, North Carolina, and attend CCCC, a common abbreviation in the area for Central Carolina Community College.

13. On or about August 16, 2015, at some time between 12:00 a.m. and 12:35 a.m.,[1] the Facebook user "Gunna Otep" posted a photograph depicting the back of a black adult male with a large tattoo stretching from the male's right shoulder to his lower back. The person in the photograph appeared to be Michael Anthony Rollins. The caption accompanying the photograph read: "In raleigh [sic] gettin [sic] tatted up." Raleigh, North Carolina is approximately forty-three miles from Sanford, North Carolina. I know tattoos of the size depicted in the above-referenced photograph generally take at least over an hour to create; thus, if the individual who posted that photograph to the Facebook profile of "Gunna Otep" was Michael Anthony Rollins and he was actually in Raleigh, North Carolina when he posted it, it would be highly unlikely that he could have been present at 403 Dudley Avenue at approximately 11 p.m. on August 15,

---

[1] Facebook only dates the photograph as being posted on August 16, 2015. However, the first "comment" by another Facebook user on the photograph is time-stamped at 12:25 a.m. Therefore, the photograph must have been posted between 12:00 a.m. on August 16, 2015 and 12:25 a.m., when the first comment to that photograph was posted.

2015 and in Raleigh less than two hours later, having received such a tattoo in the interim time period.

14. In or around early 2016, officers with the Sanford Police Department viewed a rap music video that was posted to the website You Tube[2] in or around December 2015 by the user identified as "Gunna Otep." This rap music video featured an individual whom officers recognized as Michael Anthony Rollins brandishing an object that appears to be a firearm multiple times. To that end, in my experience investigating firearms-related crimes, I have known other convicted felons who are prohibited from possessing firearms to post photographs and/or videos of themselves brandishing firearms on social media outlets, including but not limited to Facebook and/or You Tube. I have also known such individuals to post photographs and/or videos featuring the firearms alongside other items of contraband on those same social media outlets.

15. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

16. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include

---

[2] You Tube is a free-access Internet website that can be accessed at http://www.youtube.com that allows individuals to register a user name and upload digital media content for public viewing. You Tube also allows such individuals to put certain privacy limitations on who may access and view that same content. In this instance, the user "Gunna Otep" did not place any privacy limitations on who was permitted to view the above-referenced rap music video.

6

the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns an email address to each user account.

17. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

18. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

19. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming

7

"events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

20. Facebook allows users to upload photos and videos. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

21. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

22. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

23. Facebook has a "react" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "react" to Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

24. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

25. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

26. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

27. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

28. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

29. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user

accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

30. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook email address; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

31. Facebook also retains Internet Protocol ("IP") logs for a given email address or IP address. These logs may contain information about the actions taken by the email address or IP address on Facebook, including information about the type of action, the date and time of the action, and the email address and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so. Each IP address is associated with a particular location, as well, and thus, the IP log for Facebook actions can indicate the approximate location of where the action at issue occurred.

32. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical

problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

33. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, IP information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

34. I anticipate executing this warrant under the Electronic Communications Privacy Act, particularly 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

35. Based on the forgoing, I request that the Court issue the proposed search warrant.

36. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. See 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

_____
Bradley Upchurch
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on ___06/08/_____, 2016

_____
L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE

12

Case 1:16-mi-00112-LPA   Document 1   Filed 06/08/16   Page 13 of 19

## ATTACHMENT A

Property to Be Searched

This warrant applies to information associated with the Facebook user name(s) "Gunna Otep" and/or "Michaelyg.rollins" that are stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I.  Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user name listed in Attachment A:

(a) All contact and personal identifying information associated with the Facebook user name(s) "Gunna Otep" and/or "Michaelyg.rollins," including: full name, email address, user identification number, birth date, gender, contact email addresses, Facebook password, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c) All photos and videos uploaded by the above-referenced user name(s) and all photos and videos uploaded by any users that have that user/those user(s) tagged in them;

(d) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook email addresses and user identification numbers; groups and networks of which the user is a member, including the groups' Facebook

group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the above-referenced users' access and use of Facebook applications;

(e) All other records of communications and messages made or received by the above-referenced user(s), including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the accounts associated with the above-referenced user(s);

(h) All records of the account(s)' respective usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user(s) have "liked";

(i) All information about the Facebook pages that the account(s) are or were a "fan" of;

(j) All past and present lists of friends created by the account(s);

(k) All records of Facebook searches performed by the account(s);

(l) All information about the user(s)' access and use of Facebook Marketplace;

(m) The types of service utilized by the user(s);

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

2

(o) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the accounts;

(p) All records pertaining to communications between Facebook and any person regarding the user(s) or the user(s)' Facebook accounts, including contacts with support services and records of actions taken.

II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 922(g)(1) involving Michael Anthony Rollins from August 15, 2015 to December 31, 2015, for the user name(s) identified on Attachment A, in the form of the following:

(a) IP logs for activity on August 15, 2015 through August 18, 2015;

(b) Information reflecting the purchase, transfer, and/or possession of firearms by Michael Anthony Rollins between August 15, 2015 and December 31, 2015;

(c) The following subscriber information associated with the Facebook user name(s) "Gunna Otep" and/or "Michaelyg.Rollins": full name, email address, user identification number, birth date, gender, contact email addresses, Facebook password, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, and/or screen names; and

(d) All records of communications and messages made or received by the Facebook user name(s) "Gunna Otep" and/or "Michaelyg.Rollins," including all private messages, chat history, and/or video calling history, that reflect the name, email address, gender, contact email addresses, physical address (including city, state,

3

and zip code), telephone numbers, and/or screen names associated with the Facebook user name(s) "Gunna Otep" and/or "Michaelyg.Rollins."

4

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c. such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date                                                            Signature